IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THREE EXPO EVENTS, L.L.C., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:16-CV-0513-D |
| VS. | § | |
| | § | |
| CITY OF DALLAS, TEXAS, | § | |
| | § | |
| Defendant. | § | |

## **JUDGMENT**

For the reasons set out in a memorandum opinion and order filed today, it is ordered and adjudged that plaintiff's action is dismissed without prejudice.

Defendant's taxable costs of court, as calculated by the clerk of court, are assessed against plaintiff.

Done at Dallas, Texas May 11, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE