# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| v. | ) | Case No.: |
|  | ) |  |
|  | ) |  |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,
                                                                                            *Date*

the Clerk is requested to tax the following as costs:

Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $_____

Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . .    _____

Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Fees for exemplification and the costs of making copies of any materials where the copies are
necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . .    _____

_____

TOTAL   $_____

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

❐    Electronic service                     ❐     First class mail, postage prepaid

❐    Other:   _____

s/ Attorney:   _____

Name of Attorney: _____

For:  _____          Date:  _____
            *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____          By:  _____          _____
   *Clerk of Court*                       *Deputy Clerk*                      *Date*

# UNITED STATES DISTRICT COURT

| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | **TOTAL** | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or  a court order provides otherwise, cost s — other than attorney's fees — should be allo wed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

## RULE 6

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

## RULE 58(e)

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**Three Expo #28203**
**Bill of Costs Supporting Documentation**

| Expense | Description | Amount | Supporting documentation | Total |
|---|---|---|---|---|
| **Transcripts** | | | | |
| | Preliminary Injunction hearing, 04/18/2016 | $288.35 | 3 | |
| | **Sub-Total:** | **$288.35** | | **$288.35** |
| **Depositions** | | | | |
| | John Philip Johnson, Jr., 09/28/2016 | $522.51 | 4 | |
| | Ronald C. King, 9/29/2016 | $454.78 | 5 | |
| | Jeff Handy, 01/12/2017 | $1,974.55 | 6 | |
| | Patrick Perrino, 02/03/2017 | $908.85 | 7 | |
| | Patrick Perrino (video), 01/12/2017 | $790.00 | 8 | |
| | **Sub-Total:** | **$4,650.69** | | **$4,650.69** |
| **Copies** | | | | |
| | FHMBK copy charges, color photographs | $186.00 | | |
| | TX Secretary of State, 02/18/2016 | $1.03 | 9 | |
| | TX Secretary of State, 02/24/2016 | $25.00 | 10 | |
| | TX Secretary of State, 02/24/2016 | $3.08 | 11 | |
| | PA Secretary of State, 02/24/2016 | $125.00 | 12-14 | |
| | TX Secretary of State, 01/04/2017 | $3.00 | 15 | |

| | | | |
|---|---|---|---|
| | TX Secretary of State, 01/05/2017 | $1.00 | 16 | |
| | First Amended Class Action Complaint for Injunctive Relief and Damages, Los Angeles Superior Court,03/02/2016 | $17.00 | 17 | |
| | Victory Tradeshow Management, LLC Answer to Complaint, Los Angeles Superior Court, 03/02/2016 | $8.20 | 18 | |
| | Victory Tradeshow Management, LLC First Amended Answer to Complaint, Los Angeles Superior Court, 03/02/2016 | $6.20 | 19 | |
| | Class Action Complaint for Injunctive Relief, Los Angeles Superior Court, 03/02/2016 | $10.60 | 20 | |
| | Name Search, Jeffrey Handy, Los Angeles Superior Court, 03/02/2016 | $1.00 | 21 | |
| | Certified Copies of City of Miami Beach City Commission Meeting Minutes, 05/10/2017 | $10.50 | 22 | |
| | **Sub-Total:** | **$397.61** | | **$397.61** |
| | | | | |
| | | | **Total:** | **$5,336.65** |

AO 44 (Rev. 11/08)

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| **INVOICE** | NUMBER 001 |
|---|---|

| TO:   Kimmy Robinson – Fanning Harper<br>krobinson@fhmbk.com | MAKE CHECK PAYABLE TO:<br>Pamela J. Wilson<br>7802 Wilmington Drive<br>Rowlett, Texas 75089 |
|---|---|
| PHONE:   (972) 860-0388<br>FAX: | PHONE:   (214) 662-1557 |

**TRANSCRIPTS**

| | DATE ORDERED | DATE DELIVERED |
|---|---|---|
| ☐ CRIMINAL   ☑ CIVIL | 10/19/2016 | 11/18/2016 |

IN THE MATTER OF (CASE NUMBER AND TITLE)
(3:16-cv-0513-D; Three Expo Events, LLC v. City of Dallas, et al.)  4/18/2016 preliminary injunction

**CHARGES**

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | 79 | 3.65 | 288.35 | | 0.90 | 0.00 | | 0.60 | 0.00 | 288.35 |
| 14-Day | | 4.25 | 0.00 | | 0.90 | 0.00 | | 0.60 | 0.00 | 0.00 |
| Expedited | | 4.85 | 0.00 | | 0.90 | 0.00 | | 0.60 | 0.00 | 0.00 |
| Daily | | 6.05 | 0.00 | | 1.20 | 0.00 | | 0.90 | 0.00 | 0.00 |
| Hourly | | 7.25 | 0.00 | | 1.20 | 0.00 | | 0.90 | 0.00 | 0.00 |
| Realtime | | 3.05 | 0.00 | | 1.20 | 0.00 | | | | 0.00 |

| For proceedings on (Date): | | TOTAL | 288.35 |
|---|---|---|---|
| | LESS DISCOUNT FOR LATE DELIVERY | | |
| | ADD AMOUNT OF DEPOSIT | | |
| | TOTAL REFUNDED | | 0.00 |
| | TOTAL DUE | | 288.35 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>s/Pamela Wilson | DATE<br>11/22/2016 |
|---|---|

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

3

# INVOICE

DepoTexas
6500 Greenville Avenue, Suite 445
Dallas, TX 75206
Phone:214-373-4977   Fax:214-363-7758

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 422078 | 10/17/2016 | 302736 |
| **Job Date** | **Case No.** | |
| 9/28/2016 | 3:16-CV-00513-D | |
| **Case Name** | | |
| Three Expo Events, LLC v. City of Dallas | | |

Laura O ' Leary
Fanning, Harper, Martinson, Brandt & Kutchin, PC
4849 Greenville Ave., Ste. 1300
Dallas, TX  75206

| **Payment Terms** |
|---|
| Due upon receipt |

1 COPY OF TRANSCRIPT OF:
    John Philip Johnson Jr.                                                                           522.51

                                                            **TOTAL DUE >>>**          **$522.51**
                                                            AFTER 11/16/2016 PAY          $530.35

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE
DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

4

# INVOICE

DepoTexas
6500 Greenville Avenue, Suite 445
Dallas, TX 75206
Phone:214-373-4977  Fax:214-363-7758

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 422060 | 10/17/2016 | 302737 |
| **Job Date** | **Case No.** | |
| 9/29/2016 | 3:16-CV-00513-D | |
| **Case Name** | | |
| Three Expo Events, LLC v. City of Dallas | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Fransico J. Valenzuela
Fanning, Harper, Martinson, Brandt & Kutchin, PC
4849 Greenville Ave., Ste. 1300
Dallas, TX 75206

1 COPY OF TRANSCRIPT OF:
   Ronald C. King

|  |  |
|---|---|
|  | 454.78 |
| **TOTAL DUE >>>** | **$454.78** |
| AFTER 11/16/2016 PAY | $461.60 |

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE
DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

# JILL JOHNSON COURT REPORTING

1205 Edgefield Drive
Plano, Texas 75075
972-633-9675

Tax ID. No. 75-2498838

Invoice No. 1703                         January 30, 2017


Mr. Thomas P. Brandt
Fanning Harper Martinson Brandt & Kutchin
Two Energy Square
4849 Greenville Avenue
Suite 1300
Dallas, Texas   75206
214-369-1300


Re:  Three Expo Events v Dallas


1/12/17 deposition of
JEFF HANDY
original and one copy,
exhibit copies, Etranscript, PDF          $1974.55

6

## JILL JOHNSON COURT REPORTING

1205 Edgefield Drive
Plano, Texas 75075
972-633-9675

Tax ID. No. 75-2498838

Invoice No. 1706                    February 16, 2017


Mr. Frank Valenzuela
Fanning Harper Martinson Brandt & Kutchin
Two Energy Square
4849 Greenville Avenue
Suite 1300
Dallas, Texas  75206
214-369-1300
fvalenzuela@fhmbk.com


Re:  Three Expo Events v Dallas


2/3/17 deposition of
PATRICK PERRINO
original and one copy,
exhibit copies,
Etranscript and PDF                    $908.85





INVOICE #020317

**Jay Burney, Videographer**

403 Buttonwood Drive
Coppell, Texas 75019
Cell: 972.768.8534
burneytv@verizon.net

Tax ID No. 454089942

TO   Mr. Frank J. Valenzuela
     Fanning Harper Martinson Brandt & Kutchin, PC
     Two Energy Square
     4849 Greenville Ave. Suite 1300
     Dallas, Texas 75206-4151
     fvalenzuela@fhmbk.com

| VIDEOGRAPHER | PAYMENT TERMS |
|---|---|
| Jay Burney | Due on receipt |

| DATE | DESCRIPTION | TOTAL |
|---|---|---|
| 2/3/17 | Case No. 3:16-cv-00513-D | |
| | Three Expo Events, LLC vs. City of Dallas | |
| | Videotaped Deposition of: | |
| | Patrick Perrino | |
| | | **TOTAL** |
| | | **$790.00** |
| | PLEASE MAKE CHECKS PAYABLE TO JAY BURNEY | |
| | THANK YOU! | |

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Carlos H. Cascos
Secretary of State

## Office of the Secretary of State
### Packing Slip

February 18, 2016
Page 1 of 1

Attn: Fanning Harper Martinson Brandt & Kutchin, P.C.
Fanning Harper Martinson Brandt & Kutchin, P.C.
Two Energy Square
4849 Greenville Avenue, Suite 1300
Dallas, TX 75206

Batch Number: **65655646**          Batch Date: **02-18-2016**
Client ID: **15462351**          Return Method: **Email**
Client Reference: **28203**

| Document Number | Document Detail | Number / Name | Page Count | Fee |
|---|---|---|---|---|
| **656556460002** | **Find** | **three expo events** | | **$1.00** |
| **656556460003** | **Convenience Fee** | | | **$0.03** |
| | | | **Total Fees:** | **$1.03** |

| Payment Type | Payment Status | Payment Reference | | Amount |
|---|---|---|---|---|
| **Credit Card** | **Accepted** | **************002** | | **$1.03** |
| | | | **Total:** | **$1.03** |

**Total Amount Charged to Client Account:**          **$0.00**
(Applies to documents or orders where Client Account is the payment method)

*Note to Customers Paying by Client Account:* This is not a bill. Payments to your client account should be based on the monthly statement and not this packing slip. Amounts credited to your client account may be refunded upon request. Refunds (if applicable) will be processed within 10 business days.

User ID: WEBSUBSCRIBER



Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Carlos H. Cascos
Secretary of State

## Office of the Secretary of State
Packing Slip

February 24, 2016
Page 1 of 1

Attn: Karen Spillman
Fanning Harper Martinson Brandt & Kutchin, P.C.
Two Energy Square
4849 Greenville Avenue, Suite 1300
Dallas, TX 75206

Batch Number: **65779804**          Batch Date: **02-24-2016**
Client ID: **15462351**               Return Method: Fax  **0**

| Document Number | Document Detail | Number / Name | Page Count | Fee |
|---|---|---|---|---|
| **657798040002** | **Certificate of No Record** | **Exotica Texas, LLC** | 1 | $15.00 |
| **657798040002** | **Expedited** | | | $10.00 |
| | | | **Total Fees:** | $25.00 |

| Payment Type | Payment Status | Payment Reference | Amount |
|---|---|---|---|
| **Credit Card** | **Received** | ***********002 | $25.00 |
| | | **Total:** | $25.00 |

**Total Amount Charged to Client Account:**     $0.00
(Applies to documents or orders where Client Account is the payment method)

*Note to Customers Paying by Client Account:* This is not a bill. Payments to your client account should be based on the monthly statement and not this packing slip. Amounts credited to your client account may be refunded upon

There is a 2.7% convenience fee on credit card payments. This additional amount will be computed and shown on

User ID: DROGERS

*Come visit us on the Internet @ http://www.sos.state.tx.us/*
Phone: (512) 463-5555          FAX: (512) 463-5709          Dial: 7-1-1 for Relay Services

10

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Carlos H. Cascos
Secretary of State

## Office of the Secretary of State
### Packing Slip

February 24, 2016
Page 1 of 1

Attn: Fanning Harper Martinson Brandt & Kutchin, P.C.
Fanning Harper Martinson Brandt & Kutchin, P.C.
Two Energy Square
4849 Greenville Avenue, Suite 1300
Dallas, TX 75206

Batch Number: **65775064**                  Batch Date: **02-24-2016**

Client ID: **15462351**                          Return Method: **Email**

Client Reference: **28203**

| Document Number | Document Detail | Number / Name | Page Count | Fee |
|---|---|---|---|---|
| 657750640002 | Find | Exotica Texas, LLC | | $1.00 |
| 657750640003 | Find | Exotica Texas, LLC | | $1.00 |
| 657750640004 | Find by Global People Name | J Handy | | $1.00 |
| 657750640005 | Convenience Fee | | | $0.08 |
| | | | **Total Fees:** | $3.08 |

| Payment Type | Payment Status | Payment Reference | Amount |
|---|---|---|---|
| Credit Card | Accepted | ************002 | $3.08 |
| | | **Total:** | $3.08 |

**Total Amount Charged to Client Account:**      **$0.00**
(Applies to documents or orders where Client Account is the payment method)

*Note to Customers Paying by Client Account:* This is not a bill. Payments to your client account should be based on the monthly statement and not this packing slip. Amounts credited to your client account may be refunded upon request. Refunds (if applicable) will be processed within 10 business days.

User ID: WEBSUBSCRIBER

*Come visit us on the Internet @ http://www.sos.state.tx.us/*

Account Transactions: PEGASUS BANK



FANNING HARPER MARTINSON
BRANDT & KUTCHIN, PC
OPERATING ACCOUNT
4849 GREENVILLE AVE., SUITE 1300
DALLAS, TX 75206

PEGASUS BANK

15597

32-2540/1110

15597

DATE

February 24, 2016

AMOUNT

**125.00**

PAY        **One Hundred Twenty Five & 00/100**

TO THE
ORDER
OF        PA Department of State

FANNING HARPER MARTINSON BRANDT & KUTCHIN, PC

000001021824 0004

031116 17000049 005 0005        StandAl

COPY OF PA
DEPT OF STATE
95470158

## Karen Spillman

| | |
|---|---|
| **From:** | ST, PennFile <RA-STPENNFILE@pa.gov> |
| **Sent:** | Wednesday, February 24, 2016 2:55 PM |
| **To:** | Karen Spillman |
| **Subject:** | RE: Certificate of No Records |

No we need the payment with the request.

---

**From:** Karen Spillman [mailto:kspillman@fhmbk.com]
**Sent:** Wednesday, February 24, 2016 3:25 PM
**To:** ST, PennFile
**Subject:** RE: Certificate of No Records

Is it possible to make the request by fax or email?

---

**From:** ST, PennFile [mailto:RA-STPENNFILE@pa.gov]
**Sent:** Wednesday, February 24, 2016 2:24 PM
**To:** Karen Spillman
**Subject:** RE: Certificate of No Records

You could mail a written request for a certificate of no record for $125.00

PA Department of State
Bureau of Corporations
and Charitable Organizations
Room 206
401 North St.
Harrisburg PA 17120

---

**From:** Karen Spillman [mailto:kspillman@fhmbk.com]
**Sent:** Wednesday, February 24, 2016 3:12 PM
**To:** ST, PennFile
**Subject:** Certificate of No Records

I would like to make a request for a Certificate of No Records (or similar certificate documenting a company is not registered with the state) for a corporation that supposedly has its principal place of business in Pennsylvania. Could you please advise me on how to proceed with this request? The corporation I am curious about is:

Exotica Texas, LLC.

Thank you,
*Karen*

**Karen F. Spillman** | Paralegal | kspillman@fhmbk.com
**Fanning Harper Martinson Brandt & Kutchin, P.C.** | www.fhmbk.com
Two Energy Square | 4849 Greenville Avenue | Suite 1300 | Dallas, TX 75206
Direct: 972.860.0379 | Main Phone: 214.369.1300 | Facsimile: 214.987.9649

1

13

FHMBK

NOTICE: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

NOTICE: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

14

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Carlos H. Cascos
Secretary of State

## Office of the Secretary of State
Packing Slip

January 4, 2017
Page 1 of 1

Attn: Fanning Harper Martinson Brandt & Kutchin, P.C.
Fanning Harper Martinson Brandt & Kutchin, P.C.
Two Energy Square
4849 Greenville Avenue, Suite 1300
Dallas, TX 75206

Batch Number: **70718783**                    Batch Date: **01-04-2017**

Client ID: **15462351**                        Return Method: **Email**

Client Reference: **28203**

| Document Number | Document Detail | Number / Name | Page Count | Fee |
|---|---|---|---|---|
| 707187830002 | Find | **VICTORY TRADE SHOW MANAGEMENT** | | $1.00 |
| 707187830003 | Find | side street properties | | $1.00 |
| 707187830004 | Find | side street management | | $1.00 |

Total Fees:      $3.00

Total Amount Charged to Client Account:      $3.00
(Applies to documents or orders where Client Account is the payment method)

*Note to Customers Paying by Client Account:* This is not a bill. Payments to your client account should be based on the monthly statement and not this packing slip. Amounts credited to your client account may be refunded upon request. Refunds (if applicable) will be processed within 10 business days.

User ID: WEBSUBSCRIBER

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Rolando B. Pablos
Secretary of State

## Office of the Secretary of State
### Packing Slip

January 5, 2017
Page 1 of 1

Attn: Fanning Harper Martinson Brandt & Kutchin, P.C.
Fanning Harper Martinson Brandt & Kutchin, P.C.
Two Energy Square
4849 Greenville Avenue, Suite 1300
Dallas, TX 75206

Batch Number: **70737852**          Batch Date: **01-05-2017**

Client ID: **15462351**              Return Method: **Email**

Client Reference: **28203**

| Document Number | Document Detail | Number / Name | Page Count | Fee |
|---|---|---|---|---|
| 707378520002 | Find | victory trade show | | $1.00 |
| | | | **Total Fees:** | $1.00 |

**Total Amount Charged to Client Account:**          $1.00
(Applies to documents or orders where Client Account is the payment method)

*Note to Customers Paying by Client Account:* This is not a bill. Payments to your client account should be based on the monthly statement and not this packing slip. Amounts credited to your client account may be refunded upon request. Refunds (if applicable) will be processed within 10 business days.

User ID: WEBSUBSCRIBER

*Come visit us on the Internet @ http://www.sos.state.tx.us/*

Español | Tiếng Việt | 한국어 | 中文 | հայերեն

Help Us Improve 

**THE SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

Search

| Home | Online Services | Forms & Filings | Self-Help | Divisions | Jury | General Info |
|---|---|---|---|---|---|---|
| | Pay Fines, Search Records... | Forms, Filing Fees... | Self-Rep, Info, FAQs... | Civil, Criminal, Family... | Jury Duty Portal, Q&A... | Courthouses, ADA, Local Rules... |

ONLINE SERVICES

# Receipt (Los Angeles Superior Court)

( Help )

Your credit card statement will reflect a charge from L.A. Superior Court. Your receipt number is **1160302J4778**. The actual amount charged is indicated below.
Click on the "Print this Page" button to print a copy for your records.

After printing, click on the "Continue" button to proceed.

| Civil Case Document Images - BC468525 | Pages | Amount |
|---|---|---|
| 10/19/2011 - FIRST AMENDED CLASS ACTION COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES FOR: 1. VIOLATION OF CIVIL CODE 51 THE UNRUH CIVIL RIGHTS ACT; 2. VIOLATION OF CIVILCODE 51.5; 3. VIOLATION OF CIVIL CODE 51.6 THE GENDER TAX REPEAL ACTEF 1995; AND 4. NE | 1-35 (35 pages total) | $17.00 |
| Total: | | $17.00 |

**Transaction Remark:** 28203

**Transaction Date:** 03/02/2016 09:17:58

**Credit Card Number:** ...0588

**Credit Card Type:** Visa

**Bill to:** Spillman, Karen
3920 University
Dallas, TX 75205

Print this page  Continue

Art Showcased in
Los Angeles Courthouse Jury Rooms



THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

Español | Tiếng Việt | 한국어 | 中文 | հայերեն

Search

| Home | Online Services | Forms & Filings | Self-Help | Divisions | Jury | General Info |
|------|----------------|----------------|-----------|-----------|------|--------------|
| | Pay Fines, Search Records... | Forms, Filing Fees... | Self-Rep, Info, FAQs... | Civil, Criminal, Family... | Jury Duty Portal, Q&A... | Courthouses, ADA, Local Rules... |

ONLINE SERVICES

# Receipt (Los Angeles Superior Court)

( Help )

Your credit card statement will reflect a charge from L.A. Superior Court. Your receipt number is **1160302J4857**. The actual amount charged is indicated below.
Click on the "Print this Page" button to print a copy for your records.

After printing, click on the "Continue" button to proceed.

| Civil Case Document Images - BC468525 | Pages | Amount |
|----------------------------------------|-------|--------|
| 12/9/2011 - DEFENDANT,VICTORY TRADESHOW MANAGEMENT LLCS ANSWER TO COMPLAINT | 1-13 (13 pages total) | $8.20 |
| **Total:** | | **$8.20** |

**Transaction Remark:** 28203

**Transaction Date:** 03/02/2016 09:34:42

**Credit Card Number:** ...0588

**Credit Card Type:** Visa

**Bill to:**     Spillman, Karen
             3920 University
             Dallas, TX 75205

[ Print this page ]   [ Continue ]

Art Showcased in
Los Angeles Courthouse Jury Rooms





THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

Search

| Home | Online Services | Forms & Filings | Self-Help | Divisions | Jury | General Info |
|------|-----------------|-----------------|-----------|-----------|------|--------------|
| | Pay Fines, Search Records... | Forms, Filing Fees... | Self-Rep, Info, FAQs... | Civil, Criminal, Family... | Jury Duty Portal, Q&A... | Courthouses, ADA, Local Rules... |

ONLINE SERVICES

# Receipt (Los Angeles Superior Court)

( Help )

Your credit card statement will reflect a charge from L.A. Superior Court. Your receipt number is 1160302J4894. The actual amount charged is indicated below.
Click on the "Print this Page" button to print a copy for your records.

After printing, click on the "Continue" button to proceed.

| Civil Case Document Images - BC468525 | Pages | Amount |
|----------------------------------------|-------|--------|
| 12/19/2011 - DEFENDANT, VICTORY TRADESHOW MANAGEMENT LLC'S FIRST AMENDED ANSWER TO COMPLAINT | 1-8 (8 pages total) | $6.20 |
| **Total:** | | **$6.20** |

**Transaction Remark:** 28203

**Transaction Date:** 03/02/2016 09:40:25

**Credit Card Number:** ...0588

**Credit Card Type:** Visa

**Bill to:** Spillman, Karen
3920 University
Dallas, TX 75205

Print this page    Continue

Art Showcased in
Los Angeles Courthouse Jury Rooms

19



THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

Español | Tiếng Việt | 한국어 | 中文 | հայերեն

Search

| Home | Online Services | Forms & Filings | Self-Help | Divisions | Jury | General Info |
|---|---|---|---|---|---|---|
| | Pay Fines, Search Records... | Forms, Filing Fees... | Self-Rep, Info, FAQs... | Civil, Criminal, Family... | Jury Duty Portal, Q&A... | Courthouses, ADA, Local Rules... |

ONLINE SERVICES

# Receipt (Los Angeles Superior Court)

Help

Your credit card statement will reflect a charge from L.A. Superior Court. Your receipt number is 1160302J4681. The actual amount charged is indicated below.
Click on the "Print this Page" button to print a copy for your records.

After printing, click on the "Continue" button to proceed.

| Civil Case Document Images - BC491078 | Pages | Amount |
|---|---|---|
| 8/27/2012 - CLASS ACTION COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES FOR: 1. VIOLATION OF CIVIL CODE ? 51 ?THE UNRUH CIVIL RIGHTS ACT; ETC | 1-19 (19 pages total) | $10.60 |
| Total: | | $10.60 |

Transaction Remark:   28203

Transaction Date:   03/02/2016 08:54:15

Credit Card Number:   ...0588

Credit Card Type:   Visa

Bill to:   Spillman, Karen
3920 University
Dallas, TX 75205

Print this page    Continue

Art Showcased in
Los Angeles Courthouse Jury Rooms



Español | Tiếng Việt | 한국어 | 中文 | հայերեն

**THE SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

Search

| Home | Online Services | Forms & Filings | Self-Help | Divisions | Jury | General Info |
|------|-----------------|-----------------|-----------|-----------|------|--------------|
| | Pay Fines, Search Records... | Forms, Filing Fees... | Self-Rep, Info, FAQs... | Civil, Criminal, Family... | Jury Duty Portal, Q&A... | Courthouses, ADA, Local Rules... |

ONLINE SERVICES

# Receipt (Los Angeles Superior Court)

( Help )

Your credit card statement will reflect a charge from L.A. Superior Court. Your receipt number is **1160302P4671.** The actual amount charged is indicated below.
Click on the "Print this Page" button to print a copy for your records.

After printing, click on the "Continue" button to proceed.

| Civil Party Name Search | Amount |
|-------------------------|--------|
| HANDY, JEFFREY | $1.00 |
| **Total:** | **$1.00** |

**Transaction Remark:** 28203

**Transaction Date:** 03/02/2016 08:51:58

**Credit Card Number:** ...0588

**Credit Card Type:** Visa

**Bill to:** Spillman, Karen
3920 University
Dallas, TX 75205

[ Print this page ]   [ Continue ]

Art Showcased in
Los Angeles Courthouse Jury Rooms



City of Miami Beach
City Hall
1700 Convention Center Dr.
Miami Beach , FL 33139
305-673-7420
Welcome

001331-0077 Adrian V   05/10/2017 12:00PM

MISCELLANEOUS
  Description: MCR OPEN
  (MCR)
  Reference 1: MCR416027
  MCR OPEN (MCR)
  2017   Item: MCR
  1 @ 10.50
    MCR OPEN (MCR)                    10.50
                               ---------------
                                          10.50

Subtotal                                  10.50
Total                                     10.50

CHECK                                     10.50
  Check Number017029
                               ---------------
Change due                                 0.00

Paid by: FANNING HARPER MARTINSON BRANDT &
KUTCHI





Thank you for your payment

CUSTOMER COPY

282003



22