IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THREE EXPO EVENTS, L.L.C., | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | |
| | § | 3:16-cv-00513-D |
| CITY OF DALLAS, TEXAS, | § | |
| Defendant. | § | |

## NOTICE OF APPEAL

Notice is given that Plaintiff THREE EXPO EVENTS, L.L.C. hereby appeals to the United States Court of Appeals for the Fifth Circuit, from this Court's Memorandum Opinion and Order [Doc. 136] entered May 11, 2017 and the final Judgment [Doc. 137] entered May 11, 2017 in the above-captioned matter granting Defendant's Motion to Dismiss the Amended Complaint for lack of standing and dismissing this lawsuit and all of the Plaintiff's claims without prejudice and denying Plaintiff's Motion for Leave to File a Second Amended Complaint.

Date:  June ____, 2017.

Respectfully submitted,

/s/ J. Michael Murray_____
J. MICHAEL MURRAY
(Ohio Bar No. 0019626)
jmmurray@bgmdlaw.com
BERKMAN, GORDON, MURRAY & DeVAN
55 Public Square, Suite 2200
Cleveland, Ohio  44113-1949
(216) 781-5245 / (216) 781-8207 (Facsimile)

/s/ Roger Albright
ROGER ALBRIGHT
(State Bar No. 009 745 80)
rogeralbright@gmail.com
LAW OFFICES OF ROGER ALBRIGHT
3301 Elm Street
Dallas, Texas 75226-1637
(214) 939-9222 / (214) 939-9229 (Facsimile)

COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

A copy of the foregoing instrument was filed electronically on June 6th, 2017. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Mr. Thomas P. Brandt (via e-mail: tbrandt@fhmbk.com)
Mr. Francisco J. Valenzuela (via e-mail: fvalenzuela@fhmbk.com)
Ms. Laura O'Leary (via e-mail: loleary@fhmbk.com)
Fanning Harper Martinson Brandt & Kutchin, P.C.
Two Energy Square
4849 Greenville Avenue, Suite 1300
Dallas, Texas  75206

Mr. Scott Bergthold (via e-mail: sbergthold@sdblawfirm.com)
Law Office of Scott D. Bergthold
2290 Ogletree Avenue, Suite 106
Chattanooga, Tennessee  37421

Mr. Robert C. Walters (via e-mail:  RWalters@gibsondunn.com)
Mr. James C. Ho (via e-mail:  jho@gibsondunn.com)
Ms. Rebekah Perry Ricketts (via e-mail:  rricketts@gibsondunn.com)
Mr. William T. Thompson (via e-mail:  wtthompson@gibsondunn.com)
Gibson Dunn & Crutcher
2100 McKinney Avenue, Suite 1100
Dallas, Texas  75201

Mr. Andrew D. Leonie (via e-mail:  Andrew.leonie@oag.texas.gov)
Mr. Austin R. Nimocks (via e-mail:  austin.nimocks@oag.texas.gov)
Mr. Joel Stonedale (via e-mail:  joel.stonedale@oag.texas.gov)
Office of Special Litigation
Attorney General of Texas
P.O. Box 12548, Mail Code 009
Austin, Texas  78711-2548

/s/ Roger Albright
Roger Albright
J. Michael Murray

COUNSEL FOR PLAINTIFF