IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
NORTHERN DIVISION

| | | |
|---|---|---|
| THREE EXPO EVENTS, L.L.C., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 3:16-CV-00513-D |
| | § | |
| CITY OF DALLAS, | § | |
| Defendant. | § | |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

LATRICE E. ANDREWS files this her Notice of Appearance and Request for Notice in the above-styled case, and respectfully requests that all notices given or required to be given in these proceedings and all papers served or requested to be served in these proceedings be served upon the undersigned individual at the following address:

>Latrice E. Andrews
>Sheils Winnubst, P.C.
>1701 N. Collins Boulevard
>Suite 1100
>Richardson, Texas 75080
>(972) 644-8181
>(972) 644-8180 facsimile
>latrice@sheilswinnubst.com

Respectfully Submitted,

SHEILS WINNUBST
A Professional Corporation

By:   */s/ Latrice E. Andrews*
          Latrice E. Andrews
          State Bar No. 24063984

1100 Atrium II
1701 N. Collins Boulevard
Richardson, Texas  75080
Telephone: (972) 644-8181
Facsimile:  (972) 644-8180
Email:  *latrice@sheilswinnubst.com*

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

On the 12th day of January, 2018, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I have served all counsel and parties of record electronically or by another means authorized through Federal Rule of Civil Procedure 5(b)(2) and Local Rule 7.2.


          */s/ Latrice E. Andrews*
          Latrice E. Andrews