# United States District Court
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET, RM. 1528
DALLAS, TEXAS  75242

CHAMBERS OF
**SIDNEY A. FITZWATER**
SENIOR JUDGE
(214) 753-2333

December 7, 2018

Ms. Karen Mitchell
Clerk of Court
United States District Court
1100 Commerce Street, Rm. 1452
Dallas, Texas 75242

      Re:    Civil Action No. 3:16-CV-0513-D, *Three Expo Events LLC v. City of Dallas, Texas, et al.*

Dear Ms. Mitchell:

Because I have taken senior status, I request that this case be reassigned to a judge who is accepting the assignment of Dallas Division civil cases.

                Respectfully,

                */s/ Sidney A. Fitzwater*

                Sidney A. Fitzwater
                Senior Judge